THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 04-10377-NG |
| v. | Count One: |
| FREDY ZAPATA-SOTO a/k/a<br>JUAN ANDUJAR a/k/a<br>JUAN DELACRUZ GONZALEZ | 8 U.S.C. §1326<br>(Illegal Re-entry of<br>Deported Alien) |

**INDICTMENT**

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about November 29, 2004, at Boston, in the District of Massachusetts,

**FREDY ZAPATA-SOTO a/k/a
JUAN ANDUJAR a/k/a
JUAN DELACRUZ GONZALEZ**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS            December 15, 2004


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
@ 2:55 PM
12/15/04

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **II**    Investigating Agency **ICE**

City **Boston**    Related Case Information:

County **Suffolk**    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Fredy Zapata-SOTO**    Juvenile ☐ Yes  [x] No

Alias Name _____

Address _____

Birth date (Year only): **1968**   SSN (last 4 #): _____   Sex **M**   Race: **H**   Nationality: **DR**

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Nadine Pellegrini**    Bar Number if applicable _____

Interpreter: [x] Yes ☐ No    List language and/or dialect: **Spanish**

Matter to be SEALED: ☐ Yes [x] No

[x] Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    [x] Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    [x] Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/15/04**    Signature of AUSA: *Nadine Pellegrini*

◈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. 1326(a) | Illegal re-entry by deported alien | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**