AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Fredy Zapata-Soto a/k/a
Juan Andujar a/k/a
Juan DeLacruz Gonzalez

## WARRANT FOR ARREST

CASE NUMBER: 04 - 10377 - NG

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Fredy Zapata-Soto aka Juan Andujar aka Juan DeLacruz Gonzalez

Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Illegal Re-entry by Deported Alien

in violation of
Title _____ 08 _____ United States Code, Section(s) 1326

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

DEC 15 2004

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse , - Suite 6420
1 Courthouse Way
Boston, MA 02210

Name of Judicial Officer

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| | WARRANT EXECUTED BY INS | |
| DATE RECEIVED | NAME AND TITLE ARRAIGNMENT OF THE DEFENDANT ON  10/16/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    Aboubacar Savane

ALIAS:    Sidiki Savane

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                WEIGHT:

SEX:                                                    RACE:

HAIR:                                                   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: