**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

December 20, 2004

RECEIVED
Clerk's Office
USDC, Mass.
Date 12/20/04
By S.B.
Deputy Clerk

Hon. Joyce London Alexander
c/o Rex Brown
Deputy Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   United States v. Juan Gonzalez
      a/k/a Fredy Zapata-Soto
      Criminal No. 04-10377-NG

Dear Judge Alexander:

I am writing to inform the Court that Mr. Gonzalez will waive his detention hearing at this time and agree to an order of detention, without prejudice to his right to later request a hearing. I therefore ask that the hearing scheduled for Tuesday, December 21 be cancelled.

Respectfully,

Miriam Conrad

cc:   AUSA Nadine Pellegrini
      Chief Pretrial Services
        Officer J. Robert Riley