UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. CASE NO:
V.
CR04-10377 NG

FREDY ZAPATA-SOTO
   Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On December 16, 2004, the defendant in the above-entitled action appeared before this Court on a on a petition the defendant in the above-entitled action appeared before this Court for an initial appearance on An indictment charging violation of 8 U.S.C §1326(a), illegal re-entry by deported alien. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney MIRIAM CONRAD of the Federal Defender Office for the District of Massachusetts be appointed, effective as of December 16, 2004, to represent said defendant in this cause until further order of the Court.

  SO ORDERED.

                JOYCE LONDON ALEXANDER
                UNITED STATES MAGISTRATE JUDGE

                BY THE COURT:
                /S/ Rex Brown
                Courtroom Clerk

December 29, 2004
Date