UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE |
| V. | NO. 04-10377 RCL |
| FREDY ZAPATA-SOTO<br>Defendant | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **initial status conference** at **10:45 a.m.** on **Thursday, January 27, 2005,** before Magistrate Judge Joyce London Alexander in Courtroom #24, on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant need not appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

December 29, 2004           /S/ Rex Brown
Date                        Courtroom Clerk
                            (617) 748-9238

Notice to:   FPD Miriam Conrad, Esq.
             *Via electronic filing*
             AUSA Nadine Pellegrini, Esq.
             *Via electronic filing*

ENCLS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                                                **CRIMINAL NO._____**

**_____**

**NOTICE RE: AUTOMATIC DISCLOSURE**

In accordance with Local Rule (LR) 116.1 the defendant, _____

☐   **states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).**

☐   **waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B).  Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.**

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.*

_____                    _____
**Date**                                                                 **Attorney for the Defendant**

*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.