UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.    CR04-10377 NG

UNITED STATES OF AMERICA

V.

FREDY ZAPATA-SOTO

ORDER ON DETENTION
December 29, 2004

ALEXANDER, U.S.M.J.

      The defendant Fredy Zapata-Soto, appeared before this Court on December 16, 2004, pursuant to an indictment charging him with a violation of 8 U.S.C. § 1326 (a) (illegal re-entry by deported alien).  The government was represented by Assistant United States Attorney Nadine Pellegrini and the defendant was represented by attorneyMiriam Conrad.

      At the hearing, the defendant waived his right to a detention hearing and consented to an order of detention.  This Court hereby DETAINS the defendant pursuant to 18 U.S.C. §3142 (e) and remands the defendant to the custody of the United States Marshal pending trial.

      SO ORDERED.

                                     /S/ Joyce London Alexander
                                     UNITED STATES MAGISTRATE JUDGE