UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10377 NG

FREDY ZAPATA-SOTO
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On February 1, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery is anticipated by the government;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will include a witness for fingereprint identification by the government;

5. The applicable periods of excludable delay under the Speedy Trial Act include: December 16, 2004, through January 13, 2004 (28 days) and January 27, 2005, through February 1, 2005 (6 days), for a total of thirty-four (34) days as of February 1, 2005. The Parties made oral motion to continue the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is sixty-six (66) days as of February 1, 2005;

6. Trial is anticipated. The duration of the trial is estimate at four (4) days;

7. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **3:30 p.m.** on **March 16, 2005,** in Courtroom 24, 7th floor.

                              HONORABLE JOYCE LONDON ALEXANDER
                              U.S. MAGISTRATE JUDGE

                              By the Court:

March 7, 2005                  /S/ Rex Brown
Date                              Courtroom Clerk
                              (617) 748-9238