UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-04-10377-NG |
| ) | |
| FREDY ZAPATA-SOTO ) | |

**SECOND JOINT MOTION TO EXCLUDE TIME
FROM MARCH 16, 2005 UNTIL APRIL 27, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Miriam Conrad, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) March 16, 2005 (date of interim status conference) until April 27, 2005 (date of status conference) in order to complete discovery.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

For the Defendant:                          MICHAEL J. SULLIVAN
                                            United States Attorney

/s/Miriam Conrad                            By:/s/Nadine Pellegrini
Miriam Conrad, Esq.                         NADINE PELLEGRINI
Federal Defender's Office                   Assistant U.S. Attorney

Dated: March 16, 2005