UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )        CRIMINAL NO. 04-10377-NG
                                )
FREDY ZAPATA-SOTO               )

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Fredy Zapata-Soto, moves to continue the status conference in this case, currently scheduled for April 27, 2005, for approximately one week.  As grounds for this motion, undersigned counsel states that she has a scheduling conflict, in that she is scheduled to appear for a motion hearing in United States v. Rudy Frabizio, Criminal No. 03-10283-NG, at 2:30 p.m. on April 27.   As further grounds, undersigned counsel needs an additional week to confer with her client and to determine what, if any, motions should be filed in this case.

Assistant U.S. Attorney Nadine Pellegrini has stated that she assents to this motion.

                              FREDY ZAPATA-SOTO
                              By his attorney,

                              /s/ Miriam Conrad

                              Miriam Conrad
                                 B.B.O. # 550223
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061