UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
           v.                   )     CRIMINAL NO.  O4-10377-NG
                                )
FREDY ZAPATA-SOTO               )
a/k/a JUAN GONZALEZ             )
```

<u>NOTICE OF WITHDRAWAL</u>

_____Undersigned counsel hereby moves to withdraw as counsel for Defendant, Juan Gonzaelez, a/k/a Fredy Zapata-Soto.

As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

```
                         FREDY ZAPATA-SOTO
                         By his attorney,


                         /s/Miriam Conrad
                         Miriam Conrad
                           B.B.O. # 550223
                         Federal Defender Office
                         408 Atlantic Ave., 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

May 16, 2005