UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA             CRIMINAL NO. 04-10377-NG

v.

FREDY ZAPATA-SOTO

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On May 5, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties represent that:

1. There are no outstanding discovery issues not yet presented or resolved by the Court. Pursuant to the Court's order, the government has provided a copy of the tape of the deportation proceeding to counsel.

2. The government does not expect to provide additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not yet filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial. However, the Defendant may file a motion pursuant to 8 U.S.C. §1326(d).

6. There are no other matters which require a schedule be set in the case.

7. The parties have discussed the possibility of an early resolution of the case without trial. The parties have not, at this time, resolved this case.

*Filed In Open Court*
*R.S.*
*5/5/05*

1

8. There are periods of excludable delay under the Speedy Trial Act.

    (a)    Total amount of time excludable under the Speedy Trial Act:

            12/16/04 to 12/22/04 - Issues of detention and discovery

            1/27/05 to 2/1/05 - Continuance of initial status conference

            2/1/05 to 3/15/05 - Interim Status conference.

            3/15/05 to 4/27/05 - Final Status conference

            4/27/05 to 5/5/05 - Final Status conference continuance

    (b)    Amount of time remaining under the Speedy Trial Act before trial must commence:

            44 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 3 days.

By the government:

_____
Nadine Pellegrini, AUSA

Dated: 05/05/05

By the Defendant:

_____
Martin Richey, Esq.