UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

|                        | CRIMINAL CASE     |
| V.                     | NO.04-10377 NG    |

FREDY ZAPATA-SOTO
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On May 5, 2005, parties appeared before this Court for a Final Status Conference. Consistent with the proposed report and order filed by the parties on that date:

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file all dispositive motions on or before **May 19, 2005** and the government's response shall be due on or before **June 2, 2005.** Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

June 30, 2005                  /S/ Rex Brown
Date                           Courtroom Clerk
                               (617) 748-9238

1