UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-04-10377-NG |
| ) | |
| FREDY ZAPATA-SOTO ) | |

**THIRD JOINT MOTION TO EXCLUDE TIME
FROM MAY 5, 2005 UNTIL OCTOBER 3, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Martin Richey, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) May 5, 2005 (final status conference) until July 28, 2005 (district court pre-trial conference);

(2) July 28, 2005 until October 3, 2005 (status and/or plea) to allow Defendant to review documents to determine if motions are required.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

For the Defendant:                    MICHAEL J. SULLIVAN
                                      United States Attorney


/s/Martin Richey,                     By:/s/Nadine Pellegrini
MARTIN RICHEY, Esq.                   NADINE PELLEGRINI
Federal Defender's Office             Assistant U.S. Attorney

Dated: July 28, 2005