UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. O4-10377-NG |
| | ) | |
| FREDY ZAPATA-SOTO | ) | |
| a/k/a JUAN GONZALEZ | ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Oscar Cruz hereby files his appearance on behalf of defendant Fredy Zapata-Soto, a/k/a Juan Gonzalez. The undersigned is substitute counsel for Federal Defender Martin Richey, Esq., who has reassigned the case to the undersigned.

                                                  FREDY ZAPATA-SOTO
                                                  By his attorney,

                                                  /s/ Oscar Cruz, Jr.
                                                  Oscar Cruz, Jr.
                                                      B.B.O. # 630813
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

September 29, 2005