UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA          )
                                  )
           v.                     )     CRIMINAL NO.  O4-10377-NG
                                  )
FREDY ZAPATA-SOTO                 )
a/k/a JUAN GONZALEZ               )
```

ASSENTED-TO MOTION TO CONTINUE HEARING

_____Defendant, Fredy Zapata-Soto, a/k/a Juan Gonzalez, hereby

moves this court to continue the hearing in his case scheduled

for October 3, 2005 until one of the following dates:

November 2, 3, 4, 16, 17, 18, 21, 22.

As grounds for this motion, undersigned counsel has been

recently assigned to this case and will need additional time to

review his case.  Also, counsel will be at a seminar during the

week of November 7 through 11, 2005 in New Mexico.

Assistant U.S. Attorney Nadine Pellegrini has stated that

she assents to this motion.

```
                         FREDY ZAPATA-SOTO
                         By his attorney,


                         /s/Oscar Cruz, Jr.
                         Oscar Cruz, Jr.
                           B.B.O. # 630813
                         Federal Defender Office
                         408 Atlantic Ave., 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

September 29, 2005

_____