```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                             ) | |
|      v.                     ) | Criminal No. 05-04-10377-NG |
|                             ) | |
| FREDY ZAPATA-SOTO           ) | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR REVIEW OF ORDER OF DETENTION**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, hereby files this Motion for an Enlargement of Time within which to file its Opposition to Defendant's Motion to review Detention.

As basis therefore, the government states that it requires a short period of time within which to finalize its Opposition and respectfully requests an enlargement of time until November 28, 2005.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Nadine Pellegrini
                              Nadine Pellegrini
                              Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

>Oscar Cruz, Esq.
>Federal Defender's Office
>Atlantic Avenue
>Boston, MA

This 22 day of November, 2005.

>/s/Nadine Pellegrini
>Nadine Pellegrini
>ASSISTANT UNITED STATES ATTORNEY