```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-04-10377-NG |
| ) | |
| FREDY ZAPATA-SOTO ) | |

**Government's Request for Enlargement of Time within which
To File its Opposition to Defendant's Motion to Dismiss**

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, files this request to enlarge the time to file its response to the Defendant's Motion to Dismiss in the above-captioned case as follows:

1. Defendant's Motion was received on or about January 20, 2006.

2. Due to the press of other pending mattes, government counsel has been unable to complete its response and requires further time to do so.  This is the first request made by the government to enlarge time to respond.

3. The government respectfully requests an enlargement of time until February 17, 2006.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:  /s/Nadine Pellegrini
                         Nadine Pellegrini
                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

>    Oscar Cruz, Esq.
>    Federal Defender's Office
>    Boston, MA

This 3rd day of February, 2006.

>    /s/Nadine Pellegrini
>    Nadine Pellegrini
>    ASSISTANT UNITED STATES ATTORNEY