UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 04-10337-NG |
| | ) |
| FREDY ZAPATA SOTO | ) |

## DISMISSAL OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-captioned Indictment charging Fredy Zapata Soto ("Defendant") with illegal re-entry in violation of 8 U.S.C § 1324(a). In support of this dismissal, the government states that, over the government's objection, Defendant was released from the custody of the U.S. Marshal's while an immigration detainer was pending. While in the custody of Immigration and Customs Enforcement and pursuant to a final order of deportation, Defendant was deported on or about February 24, 2006 to the Dominican Republic. The dismissal is therefore required.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

Nadine Pellegrini
Assistant U.S. Attorney

Leave to File Granted:

_____
Nancy Gertner, Judge
United States District Court